779 S.E.2d 554

The STATE, Respondent,

v.

Jason Alan JOHNSON, Petitioner.

Appellate Case No. 2014–002097.
No. 27591.

Supreme Court of South Carolina.

Heard Oct. 20, 2015.
Decided Nov. 18, 2015.

Appellate Defender, David Alexander, of Columbia, for petitioner.

Attorney General, Alan Wilson and Assistant Attorney General, William M. Blitch, Jr., both of Columbia, and Solicitor Kevin S. Brackett, of York, for respondent.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *State v. Johnson*, 410 S.C. 10, 763 S.E.2d 36 (Ct.App.2014). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**